**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 22-1640

KATHY JUANITA REAVES, a/k/a Kathy Reaves,

Plaintiff - Appellant,

v.

KATHRYN M. CREWS, Individually and Professionally; CATHY HAZELWOOD, Individually and Professionally; STATE DEPARTMENT OF EDUCATION,

Defendants - Appellees.

Appeal from the United States District Court for the District of South Carolina, at Columbia.  Terry L. Wooten, Senior District Judge; Thomas E. Rogers, III, Magistrate Judge.  (3:22-cv-00732-TLW)

Submitted:  October 18, 2022                    Decided:  October 20, 2022

Before WYNN and THACKER, Circuit Judges, and FLOYD, Senior Circuit Judge.

Dismissed by unpublished per curiam opinion.

Kathy Juanita Reaves, Appellant Pro Se.  Robert Hayne Hodges, III, Lillian Marshall Coleman Newton, GIGNILLIAT, SAVITZ & BETTIS LLP, Columbia, South Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Kathy Juanita Reaves seeks to appeal the magistrate judge's text order, in which the magistrate judge noted that, as a pro se party, Reaves was not permitted to file documents with the court electronically. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291, and certain interlocutory and collateral orders, 28 U.S.C. § 1292; Fed. R. Civ. P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.*, 337 U.S. 541, 545-46 (1949). The order Reaves seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. Accordingly, we dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED*